UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAPHAEL SOUZA LIMA VIANA,

                   Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                   Defendant.
----------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

24-CV-3118 (RER) (JAM)

**RAMÓN E. REYES, JR., District Judge:**

      In a report and recommendation dated April 29, 2025, (ECF No. 31 (the "R&R")), Magistrate Judge Joseph A. Marutollo recommended that the Court dismiss this matter for failure to prosecute. (*Id.*). Judge Marutollo advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

      The Clerk of Court is directed to close this case.

SO ORDERED.

Hon. Ramón E. Reyes, Jr.
_____

Digitally signed by Hon. Ramón E. Reyes, Jr.
Date: 2025.05.16 13:54:00 -04'00'

RAMÓN E. REYES, JR.
United States District Judge

Dated: May 16, 2025
      Brooklyn, NY